# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERMIAH JAMES CAMPBELL,<br><br>Defendant. | NO. CR10-184 MJP<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on October 11, 2011. The United States was represented by Assistant United States Attorney Andrew Colasurdo, and the defendant by Jay Stansell.

The defendant had been charged with Bank Robbery, in the District of Nevada, in violation of 18 U.S.C. §§ 2113(a). On or about December 13, 2004, defendant was sentenced by the Honorable Robert C. Jones in the District of Nevada to a term of 60 months in custody, to be followed by three (3) years of supervised release. Upon his release, supervision was transferred to the Western District of Washington.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance abuse program and later included entry to a residential reentry center ("RRC").

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

In a Petition for Warrant or Summons dated September 15, 2011, U.S. Probation Officer Michael S. Larsen asserted the following violation by defendant of the conditions of his supervised release:

    (1)    Failing to report for drug testing on September 6, 8, and 13, 2011, in violation of the special condition ordering him to participate in drug testing as directed by the probation officer.

    (2)    Failing to reside in and satisfactorily participate in a residential reentry center on September 14, 2011, in violation of the special condition ordering him to do so.

The defendant was advised of his rights, acknowledged those rights, and admitted to alleged violations 1 and 2.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violation 1 and 2 and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Marsha J. Pechman on October 25, 2011 at 9:30 a.m.

Pending a final determination by the Court, the defendant has been detained, subject to possible release after results of a drug test and availability at an RRC.

DATED this 11th day of October, 2011.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc:    District Judge:    Honorable Marsha J. Pechman
       AUSA:    Andrew Colasurdo
       Defendant's attorney:    Jay Stansell
       Probation officer:    Michael S. Larsen